```
                    May 16, 2011
                    STEVEN M. LARIMORE
                    CLERK U.S. DIST. CT.
                    S.D. OF FLA. - MIAMI
```

United States District Court

Southern District of Florida

# 11-61138-Civ-Dimitrouleas/Snow

------------------------------------------------

James Boylan

                Plaintiff,

V.

Michael Brady,   Individual John Doe Sheriffs Deputy's

Deputy Williams,   Howard Forman Et Al.

Alfred Lamberti,   The County of Broward

                Defendant

------------------------------------------------

COMPLAINT

Plaintiff James Boylan Pro Se Complaint against defendant's, Michael Brady, individual John Doe's, Deputy Williams, Howard Forman, Alfred Lamberti, the County of Broward, Alleges as follows:

(1)

# Allegation of jurisdiction and venue

1. District Court has Jurisdiction over this action under 28 U.S.C.A. 1332.

2. The matters in controversy arise under 42 U.S.C 1985 (3).

3. Because the events given rise to occurred in the City of Fort Lauderdale, in the State of Florida which is located in the Southern District of the State.

## PARTYS

4. Defendant Brady was a Broward County Official, employed by the Broward County Sheriff's Department, for the City of Fort Lauderdale, with the rank of Deputy Sheriff who at all times hereto was assigned to the Broward County Oakland Park D.L.E Division.

5. Defendant's Individual John Doe's were Broward County Officials' employed by the Broward County Sheriff's Department in the City of Fort Lauderdale, with the rank of Sheriff's Deputy's who at all times hereto where assigned to the Broward County main jail

6. Defendant Deputy Williams was a Broward County Official, employed by the Broward County Sheriff's Department for the City of Fort Lauderdale, with the rank of Deputy Sheriff who at all times hereto was assigned the Broward County Main Jail.

7. Defendant Howard Forman was a Broward County Official, employed by the Broward County Board of Commissioners, in the City of Fort Lauderdale, with the rank of Clerk of the Circuit Court, who at all times hereto was assigned to the Broward County Central Courthouse.

(2)

8. Defendant Lamberti was a Broward County Sheriff, employed by the Broward County Board of Commissioner's for the City of Fort Lauderdale, who at all times hereto was assigned to the Broward County Sheriff's Office.

9. Defendant the County of Broward is the Administrative Agency for the City of Fort Lauderdale, who at all times hereto, where monitoring the integrity of County employees for the People of the City of Fort Lauderdale.

## ALLEDGED STATEMENT OF FACTS

10. Plaintiff re alleges and incorporates by reference his allegations in paragraphs 1 through 10 as fully restated herein.

11. On 4/9 08 Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit false witnesses in support of an affidavit of arrest.

12. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit false statements in an affidavit lacking probable cause.

13. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit false Evidence in support of an affidavit of arrest.

14. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit false victim's in support an affidavit of arrest.

15. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit a prejudicial slur in support of a false position.

16. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit a prejudicial affidavit in support of a personal injury.

17. Defendant Brady exercised deliberate indifference to Plaintiffs health and well being by conspiring to search and seize Plaintiffs vehicle lacking probable cause.

18. Defendant John Doe conspiried to submit a prejudicial notation on his booking report in relation to Plaintiffs Social Security Benefits.

19. Defendant Williams exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit a prejudicial notice in support of Plaintiffs failure to appear.

20. Defendant Williams exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit a prejudicial cash appearance bond in support of an on line warrant of arrest.

21. Defendant Lamberti exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit a prejudicial affidavit in support of a false on line warrant of arrest.

22. Defendant Lamberti exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit prejudicial affidavit in support of a personal injury.

23. Defendant Lamberti exercised deliberate indifference to Plaintiffs health and well being by abandoning his duty in support of a prejudicial on line warrant of arrest.

24. On 4/19/08 Defendant Forman exercised deliberate indifference to Plaintiffs health and well being by failing to notify Plaintiff in a timely manner.

25. Defendant Forman exercised deliberate indifference to Plaintiffs health and well being by conspiring to issue an arrest warrant without the authorization of a Judge.

26. Defendant Forman exercised deliberate indifference to Plaintiffs health and well being by failing to set fourth substantially the title of the offence.

27. Defendant Forman exercised deliberate indifference to Plaintiffs health and well being by conspiring to submit an arrest warrant that lacked probable cause.

28. Defendant Forman exercised deliberate indifference to Plaintiffs health and well being by conspiring to achieve a false arrest.

29. Defendant Forman conspired to use the United States Postal Service to submit a forged instrument in the commission of a criminal offence.

30. Defendant Forman conspired to make it a policy of his office to obtain bail money, in which the United States Postal Service is used in the commission of a criminal offence.

31. Defendant Forman made it a policy of his office to make criminal use of computer related material.

32. On 3/10/09 Defendant Doe failed to notify Plaintiff in a timely manner to retrieve evidence Brady submitted in his affidavit of arrest on 4/9/08.

33. Defendant the County of Broward failed to monitor the integrity of County officials

34. Defendant Brady conspired to Deprive Plaintiff of his sixth amendment constitutional right to equal protection of the Law.

(5)

35. Defendant's Doe conspired to Deprive Plaintiff of his sixth amendment constitutional right to equal protection of the Law.

36. Defendant Forman conspired to Deprive Plaintiff of his sixth amendment constitutional right to equal protection of the Law.

37. Defendant Lamberty conspired to Deprive Plaintiff of his sixth amendment constitutional right to equal protection of the Law.

)

38. Defendant the County of Broward Deprived Plaintiff of his sixth amendment constitutional right to equal protection of the Law.

39. Plaintiff further alleges he was deprived of a Federal Right by person's acting under color of State Law.

WHEREFORE, Plaintiff prays for judgment for damages in his favor in an amount sufficient to compensate him for mental anguish and humiliation suffered by Plaintiff due to the deliberate indifference and prejudicial misconduct of defendant's, But in no event less than $ 5.000000 dollars in monetary relief, Together with his attorneys fees, and such additional relief as the court may deem just and proper.

JURY TRIAL DEMANDED

*James Boylan*

James Boylan, Plaintiff Pro Se

Po. Box 8281

Jupiter, Florida 33468

(6)

*Plaintiffs Affidavit in support of the above entitled Complaint*

United States District Court

Southern District of Florida

---

James Boylan

       Plaintiff

       Against

Alfred Lamberti  Et Al

       Defendants

---

I James Boylan, being duly sworn, deposes and states that:

I am the Plaintiff James Boylan, and I make this Affidavit in Support of the above entitled action, and I declare under Penalty of Perjury that the above information is true and correct.

Signed this __4__ day of __MAY__ 2011

BRANDON T. SARGENT
Comm# DD0846392
Expires 12/17/2012
Florida Notary Assn., Inc

5/4/2011

James Boylan    pro se

Po. Box 8281

Jupiter, Florida  33468

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
JAMES BOYLAN

**(b)** County of Residence of First Listed Plaintiff **PALM BEACH**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JAMES BOYLAN
PO BOX 8281
JUPITER FL. 33468

### DEFENDANTS
MICHAEL BRADY ET. AL

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

11 CV 61138 WPD/LSS

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☒ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE DIMITROULEAS/SNOW    DOCKET NUMBER 0:10CIV62280

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 42 USC 1985(3) FALSE ARREST AND CONSPIRACY to ACHIEVE A SECOND FALSE ARREST MALICIOUS PROSECUTION

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $5,000,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
James Boylan

DATE 5/16/11

FOR OFFICE USE ONLY
AMOUNT _____ RECEIPT # _____ IFP _____